1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  MARC PRICE WOLF (CABN 254495)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       Marc.Wolf@usdoj.gov
8
   Attorneys for United States of America

9                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
11                          OAKLAND DIVISION
12

13 | UNITED STATES OF AMERICA,        ) CASE NO. 16-CR-0513 JST
                                      )
14 |         Plaintiff,                ) STIPULATION AND [PROPOSED] ORDER TO
                                      ) CONTINUE SENTENCING TO DECEMBER 22,
15 |    v.                             ) 2017
                                      )
16 | DIONTAE VALENTINE,               )
                                      )
17 |         Defendant.                )
                                      )
18

19      In past court appearances, the Court has expressed a preference to sentence defendants in this

20 multi-defendant case at the same time, or at least close in time, as each other. The Court has noted that

21 sentencing the defendants in this manner allows it to better understand one defendant's conduct in

22 relation to another, and avoid unwarranted sentencing disparities.

23      Sentencing for Defendant Diontae Valentine is currently scheduled for October 13, 2017. After

24 Mr. Valentine plead guilty on May 26, 2017, an additional five defendants have plead guilty and are

25 scheduled to be sentenced on December 8 and 22, 2017. Counsel for Mr. Valentine and counsel for the

26 Government have met and conferred and agreed to continue Mr. Valentine's sentencing to December 22,

27 //

28 //

STIPULATION AND [PROPOSED] ORDER
16-0513 JST

2017 at 9:30 a.m.

IT IS SO STIPULATED.

DATED: September 5, 2017            Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

/s/ Marc Price Wolf
MARC PRICE WOLF
Assistant United States Attorney

DATED: September 5, 2017

/s/ Juliana Drous
JULIANA DROUS
Attorney for Diontae Valentine

[PROPOSED] ORDER

For good cause shown, the Court continues the sentencing in this matter from October 13, 2017 to December 22, 2017 at 9:30 a.m.

IT IS SO ORDERED.

DATED: September 5, 2017

IT IS SO ORDERED
Judge Jon S. Tigar

STIPULATION AND [PROPOSED] ORDER
16-0513 JST