JULIANA DROUS
Attorney at Law SB#92156
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 863-3580
Facsimile: (415) 255-8631
jdrous@msn.com

Attorney for Defendant
DIONTAE VALENTINE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | CR 16-00513 JST |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| v. | **ORDER RE: COURT DATE** |
| DIONTAE VALENTINE, | |
| Defendant | |

IT IS HEREBY STIPULATED, by the parties, that the sentencing hearing currently scheduled on December 22, 2017, at 9:30 a.m., be continued to February 2, 2018. Additional time is necessary to permit effective assistance of counsel at this proceeding, in that defense counsel needs to obtain information necessary to adequately prepare a response to the preliminary presentence report. Assistant United States Attorney Stephan Meyer and U.S. Probation Officer Brian D. Casai have no objection to this request for a continuance.

DATED: November 30, 2017  /s/
JULIANA DROUS
Attorney for Defendant
MARIO GONZALEZ NAVA

STIPULATION AND [PROPOSED] ORDER                                                                                  1

DATED: November 30, 2017

/s/
STEPHAN MEYER
Asst. United States Attorney

**[PROPOSED]** ORDER

IT IS HEREBY ORDERED that the sentencing hearing currently scheduled on December 22, 2017, at 9:30 a..m., be taken off calendar. The hearing is continued to February 2, 2018.

DATED: December 4 , 2017

HON. JON S. TIGAR
U.S. Federal District Court Judge

STIPULATION AND ORDER CONTINUING COURT DATE 2